PHILLIP A. TALBERT
United States Attorney
ANTONIO J PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**

Jun 07, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND FOR A SEARCH WARRANT TO COLLECT DNA BUCCAL SWABS | CASE NO.   1:24-mj-00072-EPG<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

**S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated:  **Jun 7, 2024**

_____
Hon. Erica P. Grosjean
U.S. MAGISTRATE JUDGE